OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

July 31, 2019

**VIA E-MAIL**

      Clerk, USDC/EDPA - (InterdistrictTransfer_PAED@paed.uscourts.gov)

      RE:    **In re: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation** –
            **MDL 2895**

**CA No.: 2:19-01510 – KPH Healthcare Services, Inc. v. Amgen, Inc., et al.**

Dear Clerk:

     In accordance with 28 U.S.C. §1407, attached is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multi-District Litigation which references the above-captioned case in your District. Please electronically transfer the above-listed Civil Action to the District of Delaware at the following address:

**InterdistrictTransfer_DED@ded.uscourts.gov**

     Should you have any questions, you may contact me at (302) 573-6170.

                             Sincerely,

                             John A. Cerino, Clerk

                       By:   /s_____
                             Bob Cruikshank,
                             Intake Supervisor

Enc.
cc: Clerk of the Panel