OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

July 31, 2019

**VIA E-MAIL**

    Clerk, USDC/NJ - (InterdistrictTransfer_NJD@njd.uscourts.gov)

    RE:    **In re: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation** –
           **MDL 2895**

**CA No.: 2:19-08561 – Teamsters Local 237 Welfare Fund, et al. v. Amgen, Inc. et al.**

Dear Clerk:

    In accordance with 28 U.S.C. §1407, attached is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multi-District Litigation which references the above-captioned case in your District. Please electronically transfer the above-listed Civil Action to the District of Delaware at the following address:

**InterdistrictTransfer_DED@ded.uscourts.gov**

    Should you have any questions, you may contact me at (302) 573-6170.

    Sincerely,

    John A. Cerino, Clerk

    By:  /s_____
          Bob Cruikshank,
          Intake Supervisor

Enc.
cc: Clerk of the Panel