IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-2895-LPS<br><br>*This document relates to: All actions* |

**JOINT STATUS REPORT**

Pursuant to the Court's August 12, 2019 Order (D.I. 5), the parties submit this joint status report.

<u>Class Action Complaints and Motions to Dismiss</u>

On June 12, 2019, the Court entered scheduling orders proposed by the parties ("Scheduling Orders"). *See César Castillo, Inc. v. Amgen Inc.*, C.A. No. 19-396-LPS (D. Del.) ("*Castillo*"), D.I. 36; *UFCW Local 1500 Welfare Fund v. Amgen Inc.*, C.A. No. 19-369-LPS ("*UFCW*"), D.I. 22. Pursuant to the Scheduling Orders, Plaintiffs filed and served their respective amended complaints on July 22, 2019. *See Castillo*, D.I. 40; *UFCW*, D.I. 25. As of that date, Defendants were required to file their motions to dismiss no later than September 16, 2019.

On July 31, 2019, the Judicial Panel on Multidistrict Litigation entered an order transferring to this Court two cases pending in other districts. D.I. 1. That order necessitates the filing of consolidated complaints. Plaintiffs have agreed to file consolidated complaints no later than September 13, 2019. Defendants have agreed to file their motions to dismiss no later than

October 14, 2019. The parties will file a stipulation and proposed order consistent with this agreement.

Class Action Discovery

As is detailed in the Scheduling Orders, the parties are in "Phase I" of discovery. Defendants made timely productions of certain materials referenced in the Scheduling Orders. The parties anticipate negotiating in coming weeks other documents Defendants can produce absent unreasonable expense and without running searches on electronically stored information ("ESI").

Although the parties are currently relying on Local Rule 26.2 to govern confidentiality, the parties will begin negotiations on a protective order. Concurrently, the parties will also begin negotiations on proposed stipulations and orders governing the production of ESI.

*Cipla* Action

The parties to the *Cipla* action, Plaintiffs Cipla Ltd. and Cipla USA, Inc. ("Cipla") and Defendants Amgen Inc. ("Amgen") and Teva Pharmaceuticals USA, Inc. ("Teva"), report that this matter is proceeding according to the Scheduling Order entered on June 21, 2019 (D.I. 217). The parties have agreed to stipulate that Amgen and Teva must answer the Amended Complaint by October 14, 2019. Otherwise, the parties do not believe any changes to the existing schedule are warranted at this time.

The *Cipla* action parties respectfully suggest that it is unnecessary to consolidate this action with the antitrust class action cases now before this Court. The *Cipla* action parties have agreed to meet and confer concerning questions concerning the coordination of discovery and/or other issues with the class action as they arise.

<div style="display: flex;">

<div>

THE BIFFERATO FIRM, P.A.

*/s/ Ian Connor Bifferato*
_____
Ian Connor Bifferato (#3273))
1007 North Orange Street, 4th Floor
Wilmington, DE  19801
(302) 225-7600
cbifferato@tbf.legal

*Interim Class Counsel for the Indirect Purchaser Classes and Counsel for Plaintiff UFCW Local 1500 Welfare Fund*

OF COUNSEL:

Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Matthew J. Perez
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
(212) 907-0700

</div>

<div>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*
_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendant Amgen, Inc.*

OF COUNSEL:

Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

M. Sean Royall
Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
(214) 571-2900

</div>

</div>

3

| CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP | SHAW KELLER LLP |
|---|---|
| */s/ Robert J. Kriner, Jr.* | */s/ Karen E. Keller* |
| Robert J. Kriner, Jr. (#2546)<br>Tiffany J. Cramer (#998)<br>Vera G. Belger (#5676)<br>2711 Centerville Road Suite 201<br>Wilmington, DE 19808<br>(302) 656-2500<br>rjk@chimicles.com<br>tjc@chimicles.com<br><br>*Interim Co-Lead Counsel for Direct Purchaser Class and Counsel for César Castillo, Inc.*<br><br>OF COUNSEL:<br><br>Linda P. Nussbaum<br>Bart D. Cohen<br>Peter Moran<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>(917) 438-9189<br><br>Thomas M. Sobol<br>Bradley J. Vettraino<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>(617) 482-3700 | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.*<br><br>OF COUNSEL:<br><br>Henninger S. Bullock<br>Karen W. Lin<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 506-2500 |

4

FARNAN LLP

*/s/ Michael J. Farnan*

_____
Sue L. Robinson (#100658)
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
srobinson@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs Cipla Ltd. and Cipla USA, Inc.*

OF COUNSEL:

James W. Dabney
Patrice P. Jean
Dina Hoffer
Deanne K. Cevasco
David E. Lansky
Lynn M. Russo
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6803

August 26, 2019