IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-2895-LPS<br><br>*This document relates to:*<br>C.A. No. 19-396-LPS<br>C.A. No. 19-369-LPS<br>C.A. No. 19-1460-LPS<br>C.A. No. 19-1461-LPS |

**STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF CONSOLIDATED PLEADING AND RESPONSES TO CONSOLIDATED PLEADING**

1. Pursuant to this Court's June 12, 2019 Docket Order, Plaintiffs UFCW Local 1500 Welfare Fund ("Local 1500") and César Castillo, Inc. ("César Castillo") filed amended complaints on behalf of their respective classes under seal on July 22, 2019, with public redacted versions filed on July 29, 2019.[1]

2. Pursuant to the Court's June 12 Docket Order, Defendants' deadline to move against or otherwise respond to Plaintiffs' amended complaints is September 16, 2019, with Plaintiffs' oppositions due within 45 days of Defendants' motion(s), and Defendants' reply due within 30 days of Plaintiffs' oppositions.

3. On July 31, 2019, the Judicial Panel on Multidistrict Litigation ("JPML") ordered that all related class actions, including one pending in the District of New Jersey and one

---

[1] Local 1500 seeks to represent two classes of indirect purchasers (end payors) of brand and generic Sensipar. César Castillo seeks to represent a class of direct purchasers of brand and generic Sensipar.

pending in the Eastern District of Pennsylvania, be transferred to this District for pre-trial proceedings.[2]

4.   In light of the JPML transfer order, Plaintiffs intend to file consolidated pleadings on behalf of their respective classes, adding additional parties as plaintiffs, including those the JPML transferred to this District.

5.   To accommodate Plaintiffs' filing of their consolidated pleadings and Defendants' responses to them, the parties stipulate and agree to the following modified schedule:

| **Event** | **Previous Deadline** | **Revised Deadline** |
| --- | --- | --- |
| Plaintiffs file consolidated pleading | N.A. | September 13, 2019 |
| Defendants file answers or otherwise respond to Plaintiffs' consolidated pleading | September 16, 2019 | October 14, 2019 |
| Plaintiffs file opposition(s) to Defendants' motion(s) to dismiss | 45 days after Defendants' motion(s) to dismiss | December 6, 2019 |
| Defendants file replies to Plaintiffs' opposition(s) | 30 days after Plaintiffs' opposition(s) | January 10, 2020 |

STIPULATED and AGREED to this 26th day of August, 2019:

---

[2]   *See Teamsters Local 237 Welfare Fund v. Amgen, Inc.*, C.A. No. 2:19-08561 (D.N.J.) (class action on behalf of Sensipar indirect purchasers), now C.A. No. 19-1461-LPS (D. Del.); *KPH Healthcare Srvs., Inc. v. Amgen, Inc.*, C.A. No. 2:19-01510 (E.D. Pa.) (class action on behalf of Sensipar direct purchasers), now C.A. No. 19-1460-LPS (D. Del.).

| | |
|---|---|
| THE BIFFERATO FIRM, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Ian Connor Bifferato* | */s/ Brian P. Egan* |
| Ian Connor Bifferato (#3273))<br>1007 North Orange Street, 4th Floor<br>Wilmington, DE  19801<br>(302) 225-7600<br>cbifferato@tbf.legal | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com |
| *Interim Class Counsel for the Indirect Purchaser Classes and Counsel for Plaintiff UFCW Local 1500 Welfare Fund* | *Attorneys for Defendant Amgen, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Gregory S. Asciolla<br>Jay L. Himes<br>Karin E. Garvey<br>Matthew J. Perez<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY  10005<br>(212) 907-0700 | Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>(212) 351-4000<br><br>M. Sean Royall<br>Ashley E. Johnson<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX  75201-6912<br>(214) 571-2900 |

<div style="display: flex;">

<div>

CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP

*/s/ Robert J. Kriner, Jr.*
_____
Robert J. Kriner, Jr. (#2546)
Tiffany J. Cramer (#998)
Vera G. Belger (#5676)
2711 Centerville Road Suite 201
Wilmington, DE  19808
(302) 656-2500
rjk@chimicles.com
tjc@chimicles.com

*Interim Co-Lead Counsel for Direct Purchaser Class and Counsel for César Castillo, Inc.*

OF COUNSEL:

Linda P. Nussbaum
Bart D. Cohen
Peter Moran
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY  10036
(917) 438-9189

Thomas M. Sobol
Bradley J. Vettraino
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
(617) 482-3700

August 26, 2019

</div>

<div>

SHAW KELLER LLP

*/s/ Karen E. Keller*
_____
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.*

OF COUNSEL:

Henninger S. Bullock
Karen W. Lin
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 506-2500

</div>

</div>

IT IS SO ORDERED, this _____ day of _____, 2019

_____
The Honorable Leonard P. Stark

4