**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-02895-LPS |
| | *This Document Relates to:*<br><br>C.A. No. 19-1460-LPS |

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Tiffany J. Cramer of Chimicles Schwartz Kriner & Donaldson-Smith LLP, 2711 Centerville Road, Suite 201, Wilmington, DE 19808 as Liaison Counsel for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class in the above-captioned matters.

Dated: September 13, 2019         */s/ Tiffany J. Cramer*
Tiffany J. Cramer (Del. Bar No. 4998)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
2711 Centerville Road Suite 201
Wilmington, DE 19808
Tel.: 302-656-2500
Fax: 302-656-9053
tjc@chimicles.com

*Liaison Counsel for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class*