**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS ) ANTITRUST LITIGATION | MDL 2895<br><br>C.A. 19-02895-LPS |
| *THIS DOCUMENT RELATES TO:*<br><br>*ALL INDIRECT PURCHASER ACTIONS* | |

**PLAINTIFFS' MOTION TO FILE THEIR CONSOLIDATED CLASS ACTION COMPLAINT UNDER SEAL**

Plaintiffs UFCW Local 1500 Welfare Fund ("Local 1500"), Teamsters Local 237 Welfare Fund, and Teamsters Local 237 Retirees' Benefit Fund, by and through its undersigned counsel, respectfully file this motion (the "Motion") to file their Consolidated Class Action Complaint under seal and, in support of their Motion, state as follows:

1. On February 21, 2019, Local 1500 filed its Complaint against the above-captioned defendants (*UFCW Local 1500 Welfare Fund v. Amgen Inc.*, C.A. 19-369 ("the Local 1500 Action"), D.I. 1).

2. On May 24, 2019, Local 1500 propounded discovery against Defendants in the above matter.

3. On June 7, 2019, the parties submitted a "Stipulation and [Proposed] Scheduling Order Regarding Filing of Amended Complaint, Responses Thereto, and Phase Discovery," under which Defendants agreed to produce certain categories of documents propounded by Local 1500 in their May 24 requests (Local 1500 Action, D.I. 22). By minute entry on June 12, 2019, the Court so ordered the stipulation and scheduling order.

4. Defendants made rolling productions of documents beginning June 13, 2019.

Despite the absence of a protective order in the above-captioned matter, Defendants agreed to produce these documents with understanding that Local 1500 and its counsel would treat these materials in accordance with Local Rule 26.2 in light of the sensitive and business confidential nature of the documents. In accordance with the parties' understanding, Defendants designated many of the documents they produced to Local 1500 as "Highly Confidential – Outside Counsel Eyes Only."

5. On July 22, 2019, Local 1500 filed its Amended Complaint under seal (Local 1500 Action, D.I. 25). On July 29, 2019, Local 1500 filed a public redacted version of its Amended Complaint (Local 1500 Action, D.I. 28).

6. Because information contained in the documents Defendants designated as "Highly Confidential – Outside Counsel Eyes Only" was incorporated, and in many instances, directly quoted, in Local 1500's Amended Complaint, this Court granted Local 1500's motion to file its Amended Complaint under seal (Local 1500 Action, D.I. 30).

7. After the filing of Local 1500's Amended Complaint, on July 31, 2019, the Judicial Panel of Multidistrict Litigation transferred all related indirect purchaser actions to this Court for pretrial proceedings.

8. Pursuant to this Court's August 27, 2019 Order concerning, among other things, filing of consolidated pleadings, Plaintiffs are filing, concurrent this Motion, their Consolidated Class Action Complaint. Because Plaintiffs' Consolidated Class Action Complaint references and directly quotes the same "Highly Confidential – Outside Counsel Eyes Only" materials found in Local 1500's Amended Complaint, good cause exists for the filing of the Consolidated Class Action Complaint under seal.

9. Accordingly, Plaintiffs respectfully requests the entry of an Order, substantially in the form of **Exhibit A** (the "Proposed Order"): (1) authorizing Plaintiffs to file their

Consolidated Class Action Complaint under seal and (2) directing that the unredacted version of the Consolidated Class Action Complaint remain under seal and confidential, and not be made available to any other entity, absent Court Order, apart from this Court and counsel of record in the above-captioned litigation.  Plaintiffs will file a redacted version of the Consolidated Class Action Complaint within 7 business days of service of the Consolidated Class Action Complaint.

| | |
|---|---|
| Dated: September 13, 2019 | Respectfully submitted, |
| | */s/ Ian Connor Bifferato* |
| | Ian Connor Bifferato (Bar No. 3273) |
| **OF COUNSEL:** | **THE BIFFERATO FIRM, P.A.** |
| | 1007 N. Orange Street, 4th Floor |
| Gregory S. Asciolla | Wilmington, DE 19801 |
| Jay L. Himes | Tel.: (302) 225-7600 |
| Karin E. Garvey | cbifferato@tbf.legal |
| Robin A. van der Meulen | |
| Matthew J. Perez | |
| Domenico Minerva | |
| **LABATON SUCHAROW LLP** | |
| 140 Broadway | |
| New York, New York 10005 | |
| Tel: (212) 907-0700 | |
| Fax: (212) 818-0477 | |
| gasciolla@labaton.com | |
| jhimes@labaton.com | |
| kgarvey@labaton.com | |
| rvandermeulen@labaton.com | |
| mperez@labaton.com | |
| dminerva@labaton.com | |

*Interim Class Counsel for the Indirect Purchaser Classes*

Brian P. Murray
Lee Albert
Gregory B. Linkh
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
Tel: (212) 682-5340
bmurray@glancylaw.com
lalbert@glancylaw.com

glinkh@glancylaw.com

Scott A. Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Brent Landau
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
blandau@hausfeld.com

Melinda R. Coolidge
**HAUSFELD LLP**
1700 K Street, NW
Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mcoolidge@hausfeld.com

Roberta D. Liebenberg
Jeffrey S. Istvan
Paul Costa
Adam J. Pessin
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
jistvan@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Additional Counsel for UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund, and Teamsters Local 237 Retirees' Benefit Fund*