**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS ) ANTITRUST LITIGATION | MDL 2895 <br><br> C.A. 19-02895-LPS |
| *THIS DOCUMENT RELATES TO:* <br><br> *ALL INDIRECT PURCHASER ACTIONS* | |

**[PROPOSED] ORDER**

AND NOW, this 16th day of September, 2019, the Court having considered Plaintiffs'

Motion to File their Consolidated Class Action Complaint Under Seal (the "Motion"):

IT IS HEREBY ORDERED that the Motion is Granted;

IT IS HEREBY FURTHER ORDERED that Plaintiffs shall file their Consolidated Class

Action Complaint under seal;

IT IS HEREBY FURTHER ORDERED that Plaintiffs shall file a redacted version of

their Consolidated Class Action Complaint within 7 business days after service of the

Consolidated Class Action Complaint.

Hon. Leonard P. Stark
United States District Court Judge