# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-02895-LPS |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | C.A. No. 19-396-LPS<br><br>C.A. No. 19-1460-LPS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael S. Tarringer of NastLaw LLC located at 1101 Market Street, Suite 2801 Philadelphia, Pennsylvania 19107 to represent Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. in this matter.

Dated: October 15, 2019

CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP

  */s/ Tiffany J. Cramer*
Robert J. Kriner, Jr. (Del. Bar No. 2546)
Scott M. Tucker (Del. Bar No. 4925)
Tiffany J. Cramer (Del. Bar No. 4998)
Vera G. Belger (Del. Bar No. 5676)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE 19808
(302) 656-2500
rjk@chimicles.com
smt@chimicles.com
tjc@chimicles.com
vgb@chimicles.com

*Liaison Counsel for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

Date: _____, 2019          _____
                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Michael S. Tarringer, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, as well as the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: October 10, 2019

Michael S. Tarringer
PA Bar ID No. 71876
NASTLAW LLC
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
Phone:     (215) 923-9300
Facsimile: (215) 923-9302
mtarringer@nastlaw.com

*Counsel for KPH Healthcare Services, Inc.
a/k/a Kinney Drugs, Inc.*

W0038416.