IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LIGITATION** | ) ) ) ) ) )    MDL No. 19-2895-LPS |
| CIPLA LTD. and CIPLA USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMGEN INC. and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) )    C.A. No. 19-044-LPS ) ) ) ) |

## DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b), defendant Teva Pharmaceuticals USA, Inc. ("Teva") moves to dismiss all of the claims asserted against it by plaintiffs Cipla Ltd. and Cipla USA, Inc. The grounds for this motion are set forth in Teva's accompanying memorandum in support of its motion to dismiss, submitted herewith.

|  |  |
|---|---|
|  | By: */s/ Karen E. Keller*<br>John W. Shaw (No. 3362) |
| OF COUNSEL:<br>Henninger S. Bullock<br>Richard A. Spehr<br>Karen W. Lin<br>MAYER BROWN<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 506-2500 | Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com |
| Dated: October 15, 2019 | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |