IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-2895-LPS |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | C.A. No. 19-396-LPS<br><br>C.A. No. 19-1460-LPS |

**AMGEN INC.'S MOTION TO DISMISS
DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Amgen Inc. ("Amgen") moves to dismiss Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint (D.I. 13, C.A. No. 19-md-2895-LPS).  The grounds for this motion are set forth more fully in Amgen's Brief in Support of Its Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

OF COUNSEL:

M. Sean Royall
Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201
(214) 571-2900

Eric J. Stock
Kate Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

October 15, 2019

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendant Amgen Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019 I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 15, 2019, upon the following in the manner indicated:

Robert J. Kriner, Jr., Esquire                          *VIA ELECTRONIC MAIL*
Scott M. Tucker, Esquire
Tiffany J. Cramer, Esquire
Vera Gerrit Belger, Esquire
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE  19808
*Attorneys for Plaintiff*

William R. Olson, Esquire                               *VIA ELECTRONIC MAIL*
Stephanie E. Smith, Esquire
Debra Josephson, Esquire
Michael L. Roberts, Esquire
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR  72223
*Attorneys for Plaintiff*

Benjamin F. Johns, Esquire                              *VIA ELECTRONIC MAIL*
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA  19041
*Attorneys for Plaintiff*

Linda P. Nussbaum, Esquire                              *VIA ELECTRONIC MAIL*
Bart D. Cohen, Esquire
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY  10036
*Attorneys for Plaintiff*

Thomas M. Sobol, Esquire                            *VIA ELECTRONIC MAIL*
Bradley J. Vettraino, Esquire
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
*Attorneys for Plaintiff*

Sharon K. Robertson, Esquire                        *VIA ELECTRONIC MAIL*
Donna M. Evans, Esquire
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY  10005
*Attorneys for Plaintiff*

John Radice, Esquire                                *VIA ELECTRONIC MAIL*
Daniel Rubenstein, Esquire
Kenneth Pickle, Esquire
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ  08540
*Attorneys for Plaintiff*

Shawn Raymond, Esquire                              *VIA ELECTRONIC MAIL*
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002
*Attorneys for Plaintiff*

Kalpana Srinivasan, Esquire                         *VIA ELECTRONIC MAIL*
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
*Attorneys for Plaintiff*

Michael M. Buchman, Esquire                         *VIA ELECTRONIC MAIL*
Michelle C. Clerkin, Esquire
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY  10017
*Attorneys for Plaintiff*

Jayne A. Goldstein, Esquire                                     *VIA ELECTRONIC MAIL*
SHEPHERD FINKELMAN MILLER & SHAH LLP
1 625 North Commerce Parkway, Suite 320
Ft. Lauderdale, FL  33326
*Attorneys for Plaintiff*

Karen E. Keller, Esquire                                        *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendants Teva Pharmaceuticals USA,*
*Inc., Watson Laboratories, Inc., and Actavis Pharma*
*Inc.*

Henninger S. Bullock, Esquire                                   *VIA ELECTRONIC MAIL*
Karen W. Lin, Esquire
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
*Attorneys for Defendants Teva Pharmaceuticals USA,*
*Inc., Watson Laboratories, Inc., and Actavis Pharma*
*Inc.*

Ned Weinberger, Esquire                                         *VIA ELECTRONIC MAIL*
Labaton Sucharow LLP
300 Delaware Avenue, Suite 1340
Wilmington, DE  19801
Attorneys for Plaintiff

Ian Connor Bifferato, Esquire                                   *VIA ELECTRONIC MAIL*
The Bifferato Firm, P.A.
1007 North Orange Street, 4th Floor
Wilmington, DE  19801
Attorneys for Plaintiff

Gregory S. Asciolla, Esquire        *VIA ELECTRONIC MAIL*
Jay L. Himes, Esquire
Karin E. Garvey, Esquire
Robin A. van der Meulen, Esquire
Matthew J. Perez, Esquire
Domenico Minerva, Esquire
Labaton Sucharow LLP
140 Broadway
New York, NY  10005
Attorneys for Plaintiff

Scott A. Martin, Esquire        *VIA ELECTRONIC MAIL*
Irving Scher, Esquire
Hausfeld LLP
33 Whitehall Street, 14th Floor
New York, NY  10004
Attorneys for Plaintiff

Brent Landau, Esquire        *VIA ELECTRONIC MAIL*
Hausfeld LLP
325 Chestnut Street, Suite 900
Philadelphia, PA  19106
Attorneys for Plaintiff

Melinda R. Coolidge, Esquire        *VIA ELECTRONIC MAIL*
Hausfeld LLP
1700 K Street, NW, Suite 650
Washington, DC  20006
Attorneys for Plaintiff

Roberta D. Liebenberg, Esquire        *VIA ELECTRONIC MAIL*
Jeffrey S. Istvan, Esquire
Paul Costa, Esquire
Adam J. Pessin, Esquire
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA  19107
Attorneys for Plaintiff


*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)