IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-2895-LPS |
| THIS DOCUMENT RELATES TO: <br><br> ALL INDIRECT PURCHASER ACTIONS | C.A. No. 19-369-LPS <br><br> C.A. No. 19-1461-LPS |

**AMGEN INC.'S MOTION TO DISMISS
END PAYOR PLAINTIFFS' CONSOLIDATED
<u>AMENDED CLASS ACTION COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendant Amgen Inc. ("Amgen") moves to dismiss Indirect Purchaser Plaintiffs' Consolidated Amended Class Action Complaint (D.I. 12, C.A. No. 19-md-2895-LPS). The grounds for this motion are set forth more fully in Amgen's Brief in Support of Its Motion to Dismiss End Payor Plaintiffs' Consolidated Complaint, submitted herewith.

<table>
<tr><td>

OF COUNSEL:

M. Sean Royall
Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 571-2900

Eric J. Stock
Kate Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

October 15, 2019

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*
_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendant Amgen Inc.*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 15, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Ned Weinberger, Esquire<br>LABATON SUCHAROW LLP<br>300 Delaware Avenue, Suite 1340<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Ian Connor Bifferato, Esquire<br>THE BIFFERATO FIRM, P.A.<br>1007 North Orange Street, 4th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Gregory S. Asciolla, Esquire<br>Jay L. Himes, Esquire<br>Karin E. Garvey, Esquire<br>Robin A. van der Meulen, Esquire<br>Matthew J. Perez, Esquire<br>Domenico Minerva, Esquire<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY  10005<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott A. Martin, Esquire<br>Irving Scher, Esquire<br>HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY  10004<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Brent Landau, Esquire<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA  19106<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Melinda R. Coolidge, Esquire<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC  20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Roberta D. Liebenberg, Esquire<br>Jeffrey S. Istvan, Esquire<br>Paul Costa, Esquire<br>Adam J. Pessin, Esquire<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA  19107<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Henninger S. Bullock, Esquire<br>Karen W. Lin, Esquire<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*

---
Brian P. Egan (#6227)