**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-2895-LPS<br><br>This document relates to:<br><br>C.A. No. 19-cv-44-LPS |

## STIPULATION AND [PROPOSED] ORDER

The parties hereby agree, subject to the approval of the Court, that the briefing schedule for Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss (D.I. 238, C.A. No. 19-cv-44-LPS) and Defendant Amgen Inc.'s Partial Motion to Dismiss Cipla Ltd. and Cipla USA Inc.'s First Amended Complaint (D.I. 240, C.A. No. 19-cv-44-LPS) is extended as follows:

1) Plaintiffs Cipla Ltd. and Cipla USA Inc. shall file their responses to the motions on December 6, 2019; and

2) Defendants Teva Pharmaceuticals USA, Inc. and Amgen Inc. shall file their respective replies on January 10, 2020.

| | |
|---|---|
| Dated: October 21, 2019 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Michael J. Farnan<br>Sue L. Robinson (#100658)<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>srobinson@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs* | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com<br><br>*Attorneys for Defendant Amgen Inc.* |

                          SHAWKELLER LLP

                          /s/ Karen E. Keller
                          John W. Shaw (No. 3362)
                          Karen E. Keller (No. 4489)
                          David M. Fry (No. 5486)
                          I.M. Pei Building
                          1105 North Market Street, 12th Floor
                          Wilmington, DE 19801
                          (302) 298-0700
                          jshaw@shawkeller.com
                          kkeller@shawkeller.com
                          dfry@shawkeller.com

                          *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

IT IS SO ORDERED, this _____ day of October, 2019.

                          _____
                          The Honorable Leonard P. Stark