IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LIGITATION**<br><br>*THIS DOCUMENT RELATES TO:*<br><br>*ALL DIRECT PURCHASER ACTIONS*<br><br>*AND*<br><br>*ALL INDIRECT PURCHASER ACTIONS* | MDL 2895<br><br>C.A. No. 19-02895-LPS |

## [PROPOSED] ORDER

This matter is before the Court on Defendants Teva Pharmaceuticals USA, Inc.'s, Watson Laboratories, Inc., and Actavis Pharma, Inc.'s (collectively "Teva") Motion to File Their Memorandum of Law in Support of Their Motion to Dismiss Under Seal ("Motion"). After consideration of the Motion,

**IT IS HEREBY ORDERED THAT** Teva's motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Teva shall file its Memorandum under seal;

**IT IS HEREBY FURTHER ORDERED** that Teva shall file a redacted version of the Memorandum within 7 business days after service of the Memorandum.

_____
United States District Judge

Dated: _6/24/19_