# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL 2895<br><br>C.A. 19-md-02895-LPS |
| THIS DOCUMENT RELATES TO:<br><br>ALL INDIRECT PURCHASER ACTIONS | This document relates to:<br>C.A. No. 19-369-LPS<br>C.A. No. 19-1461-LPS |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents,

1. Subpoena to Produce Documents directed to Apotex Corp.

2. Subpoena to Produce Documents directed to Breckenridge Pharmaceutical, Inc.

3. Subpoena to Produce Documents directed to Macleod's Pharma USA Inc.

4. Subpoena to Produce Documents directed to Slate Run Pharmaceuticals, LLC

5. Subpoena to Produce Documents directed to Heritage Pharmaceuticals Inc.

were served upon the attorneys listed below via electronic mail on the 29th day of October 2019:

Jack B. Blumenfeld
Brian P. Egan
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Eric J. Stock
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
(214) 698-3256
estock@gibsondunn.com

        Ashley E. Johnson
        **GIBSON, DUNN & CRUTCHER LLP**
        2001 Ross Avenue, Suite 2100
        Dallas, TX 75201
        (214) 571-2900
        ajohnson@gibsondunn.com

        Melanie L. Katsur
        **GIBSON, DUNN & CRUTCHER LLP**
        1050 Connecticut Avenue, N.W.
        Washington, DC 20036-5306
        mkatsur@gibsondunn.com

*Attorneys for Defendant Amgen Inc.*

| | |
|---|---|
| John W. Shaw | Henninger S. Bullock |
| Karen E. Keller | Richard A. Spehr |
| **SHAW KELLER LLP** | Karen W. Lin |
| jshaw@shawkeller.com | **MAYER BROWN** |
| kkeller@shawkeller.com | 1221 Avenue of the Americas |
| I.M. Pei Building | New York, NY 10020 |
| 1105 North Market Street, 12th Floor | (212) 506-2500 |
| Wilmington, DE 19801 | hbullock@mayerbrown.com |
| (302) 298-0700 | rspehr@mayerbrown.com |
| | klin@mayerbrown.com |

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc. Watson Laboratories, Inc., and Actavis Pharma, Inc.*


Dated: October 30, 2019

        */s/ Ian Connor Bifferato*
        Ian Connor Bifferato (Bar No. 3273)

**OF COUNSEL:**         **THE BIFFERATO FIRM, P.A.**
        1007 N. Orange Street, 4th Floor
Gregory S. Asciolla         Wilmington, DE 19801
Jay L. Himes         Tel.: (302) 225-7600
Karin E. Garvey         cbifferato@tbf.legal
Robin A. van der Meulen
Matthew J. Perez
Domenico Minerva
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005

Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com
dminerva@labaton.com

*Interim Lead Counsel for the Indirect Purchaser Class*


Brian P. Murray
Lee Albert
Gregory B. Linkh
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 530
New York, NY 10169
Tel: (212) 682-5340
bmurray@glancylaw.com
lalbert@glancylaw.com
glinkh@glancylaw.com


Scott A. Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com


Brent Landau
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
blandau@hausfeld.com


Melinda R. Coolidge
**HAUSFELD LLP**
1700 K Street, NW

3

Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mcoolidge@hausfeld.com


Roberta D. Liebenberg
Jeffrey S. Istvan
Paul Costa
Adam J. Pessin
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
jistvan@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Additional Counsel for UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund, and Teamsters Local 237 Retirees' Benefit Fund*

4