**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:  SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-02895-LPS |
| THIS DOCUMENT RELATES TO:<br><br>ALL INDIRECT PURCHASER ACTIONS | C.A. No. 19-369-LPS<br>C.A. No. 19-1461-LPS |

## END PAYOR PLAINTIFFS' MOTION TO FILE THEIR BRIEF IN OPPOSITION TO AMGEN'S MOTION TO DISMISS END PAYOR PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT UNDER SEAL

End Payor Plaintiffs UFCW Local 1500 Welfare Fund ("Local 1500"), Teamsters Local 237 Welfare Fund, and Teamsters Local 237 Retirees' Benefit Fund (collectively, "EPPs"), by and through their undersigned counsel, respectfully file this motion (the "Motion") to file their Brief in Opposition to Amgen's Motion to Dismiss EPPs' Consolidated Class Action Complaint under seal and, in support of their Motion, state as follows:

1.      On February 21, 2019, Local 1500 filed its Complaint against defendants in *UFCW Local 1500 Welfare Fund v. Amgen, Inc.*, C.A. No. 19-369 ("the *Local 1500* Action") (D.I. 1).

2.      On May 24, 2019, Local 1500 propounded discovery against Defendants in the *Local 1500* Action.

3.      The parties in the *Local 1500* Action submitted a "Stipulation and [Proposed] Scheduling Order Regarding Filing of Amended Complaint, Responses Thereto, and Phase Discovery," under which Defendants agreed to produce certain categories of documents propounded by EPPs in their May 24 requests on June 6, 2019 and June 7, 2019, respectively.

(*Local 1500* Action D.I. 22). By minute entry on June 12, 2019, the Court so ordered the stipulation and scheduling order in the Local 1500 Action.

4.      Defendants made rolling productions of documents beginning June 13, 2019. In the absence of a protective order, Defendants agreed to produce these documents with the understanding that Local 1500 and its respective counsel would treat these materials in accordance with Local Rule 26.2 in light of the sensitive and business confidential nature of the documents. In accordance with the parties' understanding, Defendants designated many of the documents they produced to Local 1500 as "Highly Confidential – Outside Counsel Eyes Only."

5.      Only July 18, 2019, the Court entered an Order Appointing Interim Class Counsel in the Local 1500 Action (D.I. No. 24), appointing Karin E. Garvey and Labaton Sucharow LLP as Interim Class Counsel for the proposed indirect purchaser classes and Ian Connor Bifferato of The Bifferato Firm, P.A. to serve as local Delaware counsel for the proposed indirect purchaser classes.

6.      On July 22, 2019, Local 1500 each filed an Amended Complaint under seal (Local 1500 Action, D.I. 25).  On July 29, 2019, Local 1500 filed a public redacted version of its Amended Complaints.  (*Local 1500* Action, D.I. 28).

7.      Because information contained in the documents Defendants designated as "Highly Confidential – Outside Counsel Eyes Only" was incorporated, and in many instances directly quoted, in Local 1500's Amended Complaint, this Court granted *Local 1500*'s motion to file its Amended Complaint under seal. (*Local 1500* Action, D.I. 30).

8.      After the filing of *Local 1500*'s Amended Complaints, on July 31, 2019, the Judicial Panel on Multidistrict Litigation ("JPML") ordered that all related class actions, including one direct purchaser action pending in the Eastern District of Pennsylvania and one indirect purchaser action pending in the District of New Jersey, be transferred to this District for

pre-trial proceedings.

9.      On August 26, 2019, a Stipulation and Proposed Order Regarding the filing of Consolidated Pleading and Responses to Consolidated Pleading ("Consolidated Pleading Stipulation") was filed in the Indirect Purchaser Plaintiffs' Actions (D.I. Nos. 32 and 14, respectively).  The Consolidated Pleading Stipulation provided that in light of the JPML transfer order, Plaintiffs intended to file consolidated pleadings on behalf of their respective classes, adding additional parties as plaintiffs, including those the JPML transferred to this District and that the Plaintiffs shall file their consolidated pleadings by September 13, 2019.  The Consolidated Pleading Stipulation was entered by the Court on August 29, 2019.

10.     On September 13, 2019, pursuant to this Court's August 29, 2019 Order, EPPs filed its Consolidated Class Action Complaint. (Indirect Purchaser Actions, D.I. 35 and 17). Because information contained in the documents Defendants designated as "Highly Confidential – Outside Counsel Eyes Only" was incorporated, and in many instances directly quoted, in the Consolidated Class Action Complaint, this Court granted the EPPs' motion to file their Consolidated Complaints under seal.  (Indirect Purchaser Actions, D.I. 36 and 18).

11.     On October 15, 2019, Amgen filed a Motion to Dismiss the EPPs' Consolidated Class Action Complaint and an opening brief in support thereof ("Amgen's EPP Motion to Dismiss"). (Indirect Purchaser Actions, D.I. 39-43 and 21-24). Because the Consolidated Class Action Complaint Amgen seeks to dismiss referenced and quoted information contained in the documents Defendants designated as "Highly Confidential – Outside Counsel Eyes Only," and Amgen's Opening Brief in support of its EPP Motion to Dismiss referenced this information, this Court granted Amgen's motion to file its Opening Brief in Support of Amgen's EPP Motion to Dismiss under seal. (Indirect Purchaser Actions, D.I. 46 and 27).

12.     EPPs' Brief in Opposition to Amgen's EPP Motion to Dismiss, which is being

filed contemporaneously with this Motion, references the same information contained in the documents Defendants designated as "Highly Confidential – Outside Counsel Eyes Only," found in EPPs' Consolidated Class Action Complaint and referenced in Amgen's Opening Brief. Good cause therefore exists for the filing of EPPs' Brief in Opposition to Amgen's EPP Motion to Dismiss under seal.

13.     Accordingly, EPPs respectfully request the entry of an Order, substantially in the form submitted herewith (the "Proposed Order"): (1) authorizing EPPs to file their Brief in Opposition to Amgen's Motion to Dismiss under seal and (2) directing that the unredacted version of the Brief in Opposition to Amgen's EPP Motion to Dismiss remain under seal and confidential, and not be made available to any other entity, absent Court Order, apart from this Court and counsel of record in the above-captioned litigation. EPPS will file a redacted version of its Opposition to Amgen's EPP Motion to Dismiss within 7 days of service of the Opposition.

Dated: December 6, 2019

Respectfully submitted,

<div style="margin-left: 40%;">

*/s/ Ian Connor Bifferato*

Ian Connor Bifferato (Bar No. 3273)
THE BIFFERATO FIRM, P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Tel.: (302) 225-7600
cbifferato@tbf.legal

OF COUNSEL:

Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Robin A. van der Meulen
Matthew J. Perez
Domenico Minerva
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel: (212) 907-0700

</div>

Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com
dminerva@labaton.com

*Interim Lead Counsel for the Indirect
Purchaser Class*

Brian P. Murray
Lee Albert
Gregory B. Linkh
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
Tel: (212) 682-5340
bmurray@glancylaw.com
lalbert@glancylaw.com
glinkh@glancylaw.com

Scott A. Martin
Irving Scher
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Brent Landau
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
blandau@hausfeld.com

Melinda R. Coolidge
HAUSFELD LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mcoolidge@hausfeld.com

Roberta D. Liebenberg
Jeffrey S. Istvan
Paul Costa
Adam J. Pessin
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
jistvan@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Counsel for UFCW Local 1500
Welfare Fund, Teamsters Local 237 Welfare
Fund, and Teamsters Local 237 Retirees'
Benefit Fund*