# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-02895-LPS |
| THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS | C.A. No. 19-369-LPS<br>C.A. No. 19-1461-LPS |

## [PROPOSED] ORDER

AND NOW, this 16th day of December, 2019, the Court having considered End Payor Plaintiffs' Motion to File Their Brief in Opposition to Defendant Amgen's Motion to Dismiss End Payor Plaintiffs' Consolidated Class Action Complaint Under Seal (the "Motion"):

IT IS HEREBY ORDERED that the Motion is Granted;

IT IS HEREBY FURTHER ORDERED that End Payor Plaintiffs shall file their Brief in Opposition to Defendant Amgen's Motion to Dismiss under seal;

IT IS HEREBY FURTHER ORDERED that End Payor Plaintiffs shall file a redacted version of their Brief in Opposition to Defendant Amgen's Motion to Dismiss Complaint within 7 days after service of the Brief in Opposition to Defendant Amgen's Motion to Dismiss.

_____
Hon. Leonard P. Stark
United States District Court Judge