IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL No. 19-2895 (LPS) |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS<br>and<br>ALL END PAYOR ACTIONS | C.A. No. 19-396 (LPS)<br>C.A. No. 19-1460 (LPS)<br>C.A. No. 19-369 (LPS)<br>C.A. No. 19-1461 (LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Amgen Inc.'s Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery* were caused to be served on December 16, 2019, upon the following in the manner indicated:

Robert J. Kriner, Jr., Esquire                                                                 *VIA ELECTRONIC MAIL*
Scott M. Tucker, Esquire
Tiffany J. Cramer, Esquire
Vera Gerrit Belger, Esquire
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE  19808
*Attorneys for Plaintiffs César Castillo, Inc.,
KPH Healthcare Services, Inc., a/k/a Kinney
Drugs, Inc.*

William R. Olson, Esquire                                                                      *VIA ELECTRONIC MAIL*
Stephanie E. Smith, Esquire
Debra Josephson, Esquire
Michael L. Roberts, Esquire
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR  72223
*Attorneys for Plaintiffs César Castillo, Inc.,
KPH Healthcare Services, Inc., a/k/a Kinney
Drugs, Inc.*

| | |
|---|---|
| Benjamin F. Johns, Esquire<br>CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>361 West Lancaster Avenue<br>Haverford, PA  19041<br>*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Linda P. Nussbaum, Esquire<br>Bart D. Cohen, Esquire<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY  10036<br>*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Thomas M. Sobol, Esquire<br>Bradley J. Vettraino, Esquire<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Sharon K. Robertson, Esquire<br>Donna M. Evans, Esquire<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>88 Pine Street, 14th Floor<br>New York, NY  10005<br>*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| John Radice, Esquire<br>Daniel Rubenstein, Esquire<br>Kenneth Pickle, Esquire<br>RADICE LAW FIRM, P.C.<br>475 Wall Street<br>Princeton, NJ  08540<br>*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.* | *VIA ELECTRONIC MAIL* |

Shawn Raymond, Esquire                                    *VIA ELECTRONIC MAIL*
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Kalpana Srinivasan, Esquire                               *VIA ELECTRONIC MAIL*
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Michael M. Buchman, Esquire                               *VIA ELECTRONIC MAIL*
Michelle C. Clerkin, Esquire
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY  10017
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Jayne A. Goldstein, Esquire                               *VIA ELECTRONIC MAIL*
SHEPHERD FINKELMAN MILLER & SHAH LLP
1 625 North Commerce Parkway, Suite 320
Ft. Lauderdale, FL  33326
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Daniel N. Gallucci, Esquire                               *VIA ELECTRONIC MAIL*
Michael S. Tarringer, Esquire
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA  19107
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Ned Weinberger, Esquire  *VIA ELECTRONIC MAIL*
LABATON SUCHAROW LLP
300 Delaware Avenue, Suite 1340
Wilmington, DE  19801
*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

Ian Connor Bifferato, Esquire  *VIA ELECTRONIC MAIL*
THE BIFFERATO FIRM, P.A.
1007 North Orange Street, 4th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

Gregory S. Asciolla, Esquire  *VIA ELECTRONIC MAIL*
Jay L. Himes, Esquire
Karin E. Garvey, Esquire
Robin A. van der Meulen, Esquire
Matthew J. Perez, Esquire
Domenico Minerva, Esquire
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

Scott A. Martin, Esquire  *VIA ELECTRONIC MAIL*
Irving Scher, Esquire
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY  10004
*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

Brent Landau, Esquire  *VIA ELECTRONIC MAIL*
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA  19106
*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

| | |
|---|---|
| Melinda R. Coolidge, Esquire<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC  20006<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Roberta D. Liebenberg, Esquire<br>Jeffrey S. Istvan, Esquire<br>Paul Costa, Esquire<br>Adam J. Pessin, Esquire<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA  19107<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Brian P. Murray, Esquire<br>Lee Albert, Esquire<br>Gregory B. Linkh, Esquire<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 530<br>New York, NY 10169<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Shaw Keller LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.* | *VIA ELECTRONIC MAIL* |

Henninger S. Bullock, Esquire
Karen W. Lin, Esquire
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.*

*VIA ELECTRONIC MAIL*

 

                                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                   */s/ Brian P. Egan*

                                                   _____
OF COUNSEL

M. Sean Royall
Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201
(214) 571-2900

Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

December 16, 2019

                                                 Jack B. Blumenfeld (#1014)
                                                 Brian P. Egan (#6227)
                                                 1201 North Market Street
                                                 P.O. Box 1347
                                                 Wilmington, DE  19899
                                                 (302) 658-9200
                                                 jblumenfeld@mnat.com
                                                 began@mnat.com

                                                 *Attorneys for Defendant Amgen, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 16, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Robert J. Kriner, Jr., Esquire<br>Scott M. Tucker, Esquire<br>Tiffany J. Cramer, Esquire<br>Vera Gerrit Belger, Esquire<br>CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>2711 Centerville Road, Suite 201<br>Wilmington, DE  19808<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| William R. Olson, Esquire<br>Stephanie E. Smith, Esquire<br>Debra Josephson, Esquire<br>Michael L. Roberts, Esquire<br>ROBERTS LAW FIRM, P.A.<br>20 Rahling Circle<br>Little Rock, AR  72223<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Benjamin F. Johns, Esquire<br>CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>361 West Lancaster Avenue<br>Haverford, PA  19041<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |

2

Linda P. Nussbaum, Esquire                                           *VIA ELECTRONIC MAIL*
Bart D. Cohen, Esquire
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY  10036
*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

Thomas M. Sobol, Esquire                                             *VIA ELECTRONIC MAIL*
Bradley J. Vettraino, Esquire
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

Sharon K. Robertson, Esquire                                         *VIA ELECTRONIC MAIL*
Donna M. Evans, Esquire
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY  10005
*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

John Radice, Esquire                                                 *VIA ELECTRONIC MAIL*
Daniel Rubenstein, Esquire
Kenneth Pickle, Esquire
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ  08540
*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

Shawn Raymond, Esquire                                               *VIA ELECTRONIC MAIL*
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002
*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

| | |
|---|---|
| Kalpana Srinivasan, Esquire<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Michael M. Buchman, Esquire<br>Michelle C. Clerkin, Esquire<br>MOTLEY RICE LLC<br>777 Third Avenue, 27th Floor<br>New York, NY  10017<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Jayne A. Goldstein, Esquire<br>SHEPHERD FINKELMAN MILLER & SHAH LLP<br>1 625 North Commerce Parkway, Suite 320<br>Ft. Lauderdale, FL  33326<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Daniel N. Gallucci, Esquire<br>Michael S. Tarringer, Esquire<br>NASTLAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA  19107<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Ned Weinberger, Esquire<br>LABATON SUCHAROW LLP<br>300 Delaware Avenue, Suite 1340<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare*<br>*Fund, Teamsters Local 237 Welfare Fund and*<br>*Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |

Ian Connor Bifferato, Esquire　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
THE BIFFERATO FIRM, P.A.
1007 North Orange Street, 4th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

Gregory S. Asciolla, Esquire　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Jay L. Himes, Esquire
Karin E. Garvey, Esquire
Robin A. van der Meulen, Esquire
Matthew J. Perez, Esquire
Domenico Minerva, Esquire
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

Scott A. Martin, Esquire　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Irving Scher, Esquire
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY  10004
*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

Brent Landau, Esquire　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA  19106
*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

Melinda R. Coolidge, Esquire　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC  20006
*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

| | |
|---|---|
| Roberta D. Liebenberg, Esquire<br>Jeffrey S. Istvan, Esquire<br>Paul Costa, Esquire<br>Adam J. Pessin, Esquire<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA  19107<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Brian P. Murray, Esquire<br>Lee Albert, Esquire<br>Gregory B. Linkh, Esquire<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 530<br>New York, NY 10169<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Shaw Keller LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Henninger S. Bullock, Esquire<br>Karen W. Lin, Esquire<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*

_____
Brian P. Egan (#6227)