## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-02895-LPS |
| This Document Relates To: | C.A. No. 19-396-LPS |
| All Direct Purchaser Actions | C.A. No. 19-1460-LPS |

## NOTICE OF SERVICE

Please take notice that on the 16th day of December, 2019, copies of *Direct Purchaser Plaintiffs César Castillo, Inc.'s and KPH Healthcare Services Inc.'s Initial Disclosures Pursuant to Paragraph 3 of the District Of Delaware Default Standard* were served upon the following counsel via email:

Karen E. Keller
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com

Henninger S. Bullock
Karen W. Lin
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
HBullock@mayerbrown.com
KLin@mayerbrown.com

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
began@mnat.com

Eric J. Stock
Ashley E. Johnson
Mark H. Mixon Jr.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
estock@gibsondunn.com
ajohnson@gibsondunn.com
mmixon@gibsondunn.com

Dated: December 16, 2019

   */s/ Tiffany J. Cramer*
Robert J. Kriner, Jr. (Del. Bar No. 2546)
Scott M. Tucker (Del. Bar No. 4925)
Tiffany J. Cramer (Del. Bar No. 4998)
Vera G. Belger (Del. Bar No. 5676)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
2711 Centerville Road Suite 201
Wilmington, DE 19808
Tel.: 302-656-2500
Fax: 302-656-9053
rjk@chimicles.com
smt@chimicles.com
tjc@chimicles.com
vgb@chimicles.com

*Liaison Counsel for the Proposed Direct Purchaser Class*

Linda P. Nussbaum
Bart D. Cohen
Peter Moran
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

Thomas M. Sobol
Hannah Schwarschild
Bradley J. Vettraino
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel.: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
hannahs@hbsslaw.com
bradleyv@hbsslaw.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

Dianne M. Nast
Michael Tarringer

2

NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
dnast@nastlaw.com
mtarringer@nastlaw.com

Mike Roberts
Debra G. Josephson
ROBERTS LAW FIRM, P.A.
20 Rahling Cir.
Little Rock, AR 72223
Tel: (501) 821-5575
mikeroberts@robertslawfirm.us
debrajosephson@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*