# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-02895-LPS |
| This Document Relates To: | C.A. No. 19-369-LPS |
| All Indirect Purchaser Actions | C.A. No. 19-1461-LPS |

### NOTICE OF SERVICE OF END-PAYOR PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO DISTRICT OF DELAWARE DEFAULT STANDARD PARAGRAPH 3

Please take notice that on this 16th day of December, 2019, copies of *End-Payor Plaintiffs' Initial Disclosures Pursuant to District of Delaware Default Standard Paragraph 3* were served upon the following counsel via email:

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
estock@gibsondunn.com

Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 571-2900
ajohnson@gibsondunn.com

Melanie L. Katsur
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave NW, Ste 200
Washington, D.C. 20036
(202) 887-3636
mkatsur@gibsondunn.com

| | |
|---|---|
| John W. Shaw | Henninger S. Bullock |
| Karen E. Keller | Karen W. Lin |
| David M. Fry | Richard A. Spehr |
| SHAW KELLER LLP | MAYER BROWN |
| 1105 North Market Street, 12th Floor | 1221 Avenue of the Americas |
| Wilmington, DE 19801 | New York, NY 10020 |
| (302) 298-0700 | (212) 506-2500 |
| jshaw@shawkeller.com | hbullock@mayerbrown.com |
| kkeller@shawkeller.com | klin@mayerborwn.com |
| dfry@shawkeller.com | rspehr@mayerbrown.com |

Dated: December 16, 2019                                                  Respectfully submitted,

**THE BIFFERATO FIRM, P.A.**

By: */s/ Ian Connor Bifferato*

**OF COUNSEL:**
Gregory S. Asciolla
Karin E. Garvey
Matthew J. Perez
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
kgarvey@labaton.com
mperez@labaton.com

Ian Connor Bifferato (Bar No. 3273)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Tel.: (302) 225-7600
cbifferato@tbf.legal

*Interim Lead Counsel for the Indirect
Purchaser Class*

Brian P. Murray
Lee Albert
Gregory B. Linkh
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 530
New York, NY 10169
Tel: (212) 682-5340
bmurray@glancylaw.com
lalbert@glancylaw.com
glinkh@glancylaw.com

Scott A. Martin
Irving Scher

**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Brent Landau
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
blandau@hausfeld.com

Melinda R. Coolidge
**HAUSFELD LLP**
1700 K Street, NW
Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mcoolidge@hausfeld.com

Roberta D. Liebenberg
Jeffrey S. Istvan
Paul Costa
Adam J. Pessin
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
jistvan@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Additional Counsel for UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund, and Teamsters Local 237 Retirees' Benefit Fund*