UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LIGITATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS<br>ALL END PAYER ACTIONS | )<br>)<br>)<br>)<br>)     MDL No. 19-2895-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF SERVICE**

Please take notice that on December 16, 2019, a copy of Teva Pharmaceuticals USA Inc.'s Disclosures under Paragraph 3 of the District of Delaware Default Standard for Discovery was served on the following as indicated:

Robert J. Kriner, Jr., Esquire                                                                  *VIA ELECTRONIC MAIL*
Scott M. Tucker, Esquire
Tiffany J. Cramer, Esquire
Vera Gerrit Belger, Esquire
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE 19808
rjk@chimicles.com
smt@chimicles.com
tjc@chimicles.com
vgb@chimicles.com
*Attorneys for Plaintiff*

Benjamin F. Johns, Esquire                                                                  *VIA ELECTRONIC MAIL*
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA 19041
bfj@chimicles.com
*Attorney for Plaintiff*

1

| | |
|---|---|
| Linda P. Nussbaum, Esquire<br>Bart D. Cohen, Esquire<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Thomas M. Sobol, Esquire<br>Bradley J. Vettraino, Esquire<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>tom@hbsslaw.com<br>bradleyv@hbsslaw.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Sharon K. Robertson, Esquire<br>Donna M. Evans, Esquire<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>srobertson@cohenmilstein.com<br>devans@cohenmilstein.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John Radice, Esquire<br>Daniel Rubenstein, Esquire<br>Kenneth Pickle, Esquire<br>RADICE LAW FIRM, P.C.<br>475 Wall Street<br>Princeton, NJ 08540<br>jradice@radicelawfirm.com<br>drubenstein@radicelawfirm.com<br>kpickle@radicelawfirm.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Shawn Raymond, Esquire<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>sraymond@susmangodfrey.com<br>*Attorney for Plaintiff* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Kalpana Srinivasan, Esquire<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>ksrinivasan@susmangodfrey.com<br>*Attorney for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael M. Buchman, Esquire<br>Michelle C. Clerkin, Esquire<br>MOTLEY RICE LLC<br>777 Third Avenue, 27th Floor<br>New York, NY 10017<br>mbuchman@motleyrice.com<br>mclerkin@motleyrice.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jayne A. Goldstein, Esquire<br>SHEPHERD FINKELMAN MILLER & SHAH LLP<br>1 625 North Commerce Parkway, Suite 320<br>Ft. Lauderdale, FL 33326<br>jgoldstein@sfmslaw.com<br>*Attorney for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Ned Weinberger, Esquire<br>LABATON SUCHAROW LLP<br>300 Delaware Avenue, Suite 1340<br>Wilmington, DE 19801<br>nweinberger@labaton.com<br>*Attorney for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Gregory S. Asciolla, Esquire<br>Jay L. Himes, Esquire<br>Karin E. Garvey, Esquire<br>Robin A. van der Meulen, Esquire<br>Matthew J. Perez, Esquire<br>Domenico Minerva, Esquire<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>gasciolla@labaton.com<br>jhimes@labaton.com<br>kgarvey@labaton.com<br>rvandermeulen@labaton.com<br>mperez@labaton.com<br>dminerva@labaton.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Scott A. Martin, Esquire<br>Irving Scher, Esquire<br>HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>smartin@hausfeld.com<br>ischer@hausfeld.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Brent Landau, Esquire<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>blandau@hausfeldllp.com<br>*Attorney for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Melinda R. Coolidge, Esquire<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>mcoolidge@hausfeld.com<br>*Attorney for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Roberta D. Liebenberg, Esquire<br>Jeffrey S. Istvan, Esquire<br>Paul Costa, Esquire<br>Adam J. Pessin, Esquire<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>rliebenberg@finekaplan.com<br>jistvan@finekaplan.com<br>pcosta@finekaplan.com<br>apessin@finekaplan.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Dianne M. Nast, Esquire<br>Michael Tarringer, Esquire<br>NASTLAW LLC.<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>dnast@nastlaw.com<br>mtarringer@nastlaw.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Ashley E. Johnson     *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
ajohnson@gibsondunn.com
*Attorney for Defendant Amgen*

Eric J. Stock     *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
estock@gibsondunn.com
*Attorney for Defendant Amgen*

Brian P. Egan     *VIA ELECTRONIC MAIL*
Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
began@mnat.com
jblumenfeld@mnat.com
*Attorneys for Defendant Amgen*

|  |  |
|---|---|
|  | */s/ Karen E. Keller* |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
|  | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | SHAW KELLER LLP |
| Henninger S. Bullock | I.M. Pei Building |
| Richard A. Spehr | 1105 North Market Street, 12th Floor |
| Karen W. Lin | Wilmington, DE 19801 |
| MAYER BROWN | (302) 298-0700 |
| 1221 Avenue of the Americas | jshaw@shawkeller.com |
| New York, NY 10020 | kkeller@shawkeller.com |
| (212) 506-2500 | nhoeschen@shawkeller.com |
|  | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

Dated: December 17, 2019

5