IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL No. 19-2895 (LPS) |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT AND END PAYER ACTIONS | C.A. No. 19-369 (LPS)<br>C.A. No. 19-396 (LPS)<br>C.A. No. 19-1460 (LPS)<br>C.A. No. 19-1461 (LPS) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Ashley E. Johnson of GIBSON, DUNN & CRUTCHER LLP, 2001 Ross Avenue, Dallas, TX 75201 and Eric J. Stock of GIBSON, DUNN & CRUTCHER LLP, 200 Park Avenue, New York, NY 10166 to represent defendant Amgen Inc. in these matters.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendant Amgen, Inc.*

December 19, 2019

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Ashley E. Johnson and Eric J. Stock is granted.

Dated: _____      _____
                                                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Texas and the State of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 12/18/19

Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue,
Dallas, TX 75201
(214) 571-2900

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 12/18/19

Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 19, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Robert J. Kriner, Jr., Esquire<br>Scott M. Tucker, Esquire<br>Tiffany J. Cramer, Esquire<br>Vera Gerrit Belger, Esquire<br>CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>2711 Centerville Road, Suite 201<br>Wilmington, DE  19808<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| William R. Olson, Esquire<br>Stephanie E. Smith, Esquire<br>Debra Josephson, Esquire<br>Michael L. Roberts, Esquire<br>ROBERTS LAW FIRM, P.A.<br>20 Rahling Circle<br>Little Rock, AR  72223<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Benjamin F. Johns, Esquire<br>CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>361 West Lancaster Avenue<br>Haverford, PA  19041<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |

Linda P. Nussbaum, Esquire  *VIA ELECTRONIC MAIL*
Bart D. Cohen, Esquire
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY  10036
*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

Thomas M. Sobol, Esquire  *VIA ELECTRONIC MAIL*
Bradley J. Vettraino, Esquire
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

Sharon K. Robertson, Esquire  *VIA ELECTRONIC MAIL*
Donna M. Evans, Esquire
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY  10005
*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

John Radice, Esquire  *VIA ELECTRONIC MAIL*
Daniel Rubenstein, Esquire
Kenneth Pickle, Esquire
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ  08540
*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

Shawn Raymond, Esquire  *VIA ELECTRONIC MAIL*
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002
*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

| | |
|---|---|
| Kalpana Srinivasan, Esquire<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Michael M. Buchman, Esquire<br>Michelle C. Clerkin, Esquire<br>MOTLEY RICE LLC<br>777 Third Avenue, 27th Floor<br>New York, NY  10017<br>*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Jayne A. Goldstein, Esquire<br>SHEPHERD FINKELMAN MILLER & SHAH LLP<br>1 625 North Commerce Parkway, Suite 320<br>Ft. Lauderdale, FL  33326<br>*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Daniel N. Gallucci, Esquire<br>Michael S. Tarringer, Esquire<br>NASTLAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA  19107<br>*Attorneys for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Henninger S. Bullock, Esquire<br>Karen W. Lin, Esquire<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Ned Weinberger, Esquire<br>LABATON SUCHAROW LLP<br>300 Delaware Avenue, Suite 1340<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Ian Connor Bifferato, Esquire<br>THE BIFFERATO FIRM, P.A.<br>1007 North Orange Street, 4th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Gregory S. Asciolla, Esquire<br>Jay L. Himes, Esquire<br>Karin E. Garvey, Esquire<br>Robin A. van der Meulen, Esquire<br>Matthew J. Perez, Esquire<br>Domenico Minerva, Esquire<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Scott A. Martin, Esquire<br>Irving Scher, Esquire<br>HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY  10004<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Brent Landau, Esquire<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA  19106<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Melinda R. Coolidge, Esquire<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC  20006<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Roberta D. Liebenberg, Esquire<br>Jeffrey S. Istvan, Esquire<br>Paul Costa, Esquire<br>Adam J. Pessin, Esquire<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA  19107<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Brian P. Murray, Esquire<br>Lee Albert, Esquire<br>Gregory B. Linkh, Esquire<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 530<br>New York, NY 10169<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

---

Brian P. Egan (#6227)