# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-02895-LPS |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | C.A. No. 19-396-LPS<br><br>C.A. No. 19-1460-LPS |

## MOTION AND PROPOSED ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Sarah E. DeLoach of Roberts Law Firm, P.A. located at 20 Rahling Circle, Little Rock, AR 72223 to represent Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated: January 14, 2020 | CHIMICLES SCHWARTZ KRINER<br> & DONALDSON-SMITH LLP<br><br>*/s/* Tiffany J. Cramer<br>Robert J. Kriner, Jr. (Del. Bar No. 2546)<br>Scott M. Tucker (Del. Bar No. 4925)<br>Tiffany J. Cramer (Del. Bar No. 4998)<br>Vera G. Belger (Del. Bar No. 5676)<br>CHIMICLES SCHWARTZ KRINER<br> & DONALDSON-SMITH LLP<br>2711 Centerville Road, Suite 201<br>Wilmington, DE 19808<br>(302) 656-2500<br>rjk@chimicles.com<br>smt@chimicles.com<br>tjc@chimicles.com<br>vgb@chimicles.com<br><br>*Liaison Counsel for Plaintiffs César Castillo, Inc., KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class* |

W0040417.

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

Date: _____, 2020.                    _____
                                                United States District Judge

W0040417.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Sarah E. DeLoach, certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Arkansas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not previously paid, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: January 13, 2020

/s/ Sarah E. DeLoach
Sarah E. DeLoach
20 Rahling Circle
Little Rock, AR 72223
(501) 821-5575

W0038416.