UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LIGITATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>*ALL DIRECT PURCHASER ACTIONS*<br><br>*AND*<br><br>*ALL INDIRECT PURCHASER ACTIONS* | MDL No. 2895<br><br>C.A. No. 19-02895-LPS |

### [PROPOSED] ORDER

This matter is before the Court on Defendants Teva Pharmaceuticals USA, Inc.'s, Watson Laboratories, Inc., and Actavis Pharma, Inc.'s (collectively "Teva") Motion to File Their Reply Brief in Support of Their Motion to Dismiss Under Seal ("Reply"). After consideration of the Motion,

**IT IS HEREBY ORDERED THAT** Teva's motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Teva shall file its Reply under seal;

**IT IS HEREBY FURTHER ORDERED** that Teva shall file a redacted version of the Reply within 7 business days after service of the Reply.

DATED: January 15, 2020

_____
Chief United States District Judge