# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
───
(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
jblumenfeld@mnat.com

April 16, 2020

The Honorable Jennifer L. Hall
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *In re Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litig.* ("*Sensipar*"),
              C.A. No. 19-md-2895 (LPS) (JLH) (D. Del.)

Dear Judge Hall:

      I write on behalf of Amgen[1] to address the oral argument scheduled for April 28, 2020 on Defendants' pending motions to dismiss. *See Sensipar*, D.I. 126. Defendants have conferred with those Plaintiffs subject to the motions, and we believe that this letter describes the positions of all parties to the motions, including Teva, the class plaintiffs, and plaintiff Cipla.

      All parties are fully prepared to proceed with a remote argument on April 28 if that date is most convenient to the Court. In that event, the parties request that the April 28 argument be conducted by video presentation. Having said that, due to the complexity of these actions and the issues presented by the motions, as well as the inherent limitations of a remote argument, all parties propose that the April 28 argument be rescheduled to a date certain in approximately 60 days in order to make it more likely that the Court can hold an in-person argument.

      Accordingly, the parties respectfully request that the Court either: (1) inform the parties that the Court prefers to proceed with the argument on April 28, at which time the parties would seek further guidance from the court on the type of technology the Court prefers to employ for the argument; or (2) adjourn the April 28 hearing for a date certain in approximately 60 days.

---

[1] Plaintiffs Cipla Ltd. and Cipla USA, Inc. (collectively, "Cipla"), César Castillo, Inc. ("CCI") KPH Healthcare Services, Inc. ("KPH", and together with CCI the "Direct Purchaser Plaintiffs"), UFCW Local 1500 Welfare Fund ("Local 1500"), Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund (collectively, "Local 237," and together with Local 1500 the "End Payor Plaintiffs"), and Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma, Inc. (collectively, "Teva") (and together with Amgen, Cipla, Direct Purchaser Plaintiffs, and End Payor Plaintiffs, the "Parties"), consent to and join in Amgen's request.

The Honorable Jennifer L. Hall
April 16, 2020
Page 2

                                      Respectfully,

                                      */s/ Jack B. Blumenfeld*

                                      Jack B. Blumenfeld (#1014)

JBB/rah