

July 23, 2020

**VIA HAND DELIVERY**

The Honorable Jennifer L. Hall
United States District Judge
United States District
Court for the District of Delaware
884 North King Street
Wilmington, DE 19801

      Re:    *In re: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation*, C.A. No. 19-md-02895 (LPS)
**All Direct Purchaser Actions:**
*César Castillo, Inc. v. Amgen Inc. et. al.,* C.A. No. 19-cv-00396 (LPS)
*KPH Healthcare Services, Inc. v. Amgen, Inc.,* C.A. No. 19-cv-01460 (LPS)
**All Indirect Purchaser Actions:**
*UFCW Local 1500 Welfare Fund v. Amgen Inc.,* C.A. No. 19-cv-369 (LPS)
*Teamsters Local 237 Welfare Fund, et al. v. Amgen Inc.,* C.A. No. 19-cv-01461 (LPS)

Dear Magistrate Judge Hall:

    Direct Purchaser Plaintiffs and End-Payor Plaintiffs ("Plaintiffs") write to confirm that pursuant the Court's instruction of July 22, 2020, counsel for the parties to the above-referenced matters have conferred and agree that no redactions to the Report and Recommendation (D.I. 157; D.I. 120; D.I. 86; D.I. 91; D.I. 71) are necessary.

    Counsel for the parties are available should the Court have any questions.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
|   */s/ Ian Connor Bifferato*   |   */s/ Tiffany J. Cramer*   |
| Ian Connor Bifferato (#3273) | Tiffany J. Cramer (#4998) |
| THE BIFFERATO FIRM, P.A. | CHIMICLES SCHWARTZ KRINER |
| 1007 N. Orange Street, 4th Floor |   & DONALDSON-SMITH LLP |
| Wilmington, DE 19801 | 2711 Centerville Road Suite 201 |
| (302) 429-0907 | Wilmington, DE 19808 |
| cbifferato@tbf.legal | (302) 656-2500 |
|  | tjc@chimicles.com |

cc:    Counsel for Amgen (via email)
        Counsel for Teva (via email)