

August 10, 2020

**VIA HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Judge
United States District
Court for the District of Delaware
884 North King Street
Wilmington, DE 19801

>   *Re:*   **In re: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation, C.A. No. 19-md-02895 (LPS)**
>   **All Direct Purchaser Actions:**
>   *César Castillo, Inc. v. Amgen Inc. et. al.,* **C.A. No. 19-cv-00396 (LPS)**
>   *KPH Healthcare Services, Inc. v. Amgen, Inc.,* **C.A. No. 19-cv-01460 (LPS)**
>   **All Indirect Purchaser Actions:**
>   *UFCW Local 1500 Welfare Fund v. Amgen Inc.,* **C.A. No. 19-cv-369 (LPS)**
>   *Teamsters Local 237 Welfare Fund, et al. v. Amgen Inc.,* **C.A. No. 19-cv-01461 (LPS)**

Dear Chief Judge Stark:

On August 5, 2020, Direct Purchaser Plaintiffs and End-Payor Plaintiffs ("Plaintiffs") respectfully objected to Magistrate Judge Hall's July 22, 2020 Report and Recommendation recommending dismissal of their complaints [D.I. 157; D.I. 120; D.I. 86; D.I. 91; D.I. 71]. Pursuant to "Standing Order for Objections Filed Under Fed. R. Civ. P. 72," dated October 9, 2013, Plaintiffs are enclosing courtesy copies of the following filings associated with the matter.

- Plaintiffs' Consolidated Class Action Complaint (D.I. 12; Direct Purchaser Actions, D.I. 48 and 15; Indirect Purchaser Actions, D.I. 35 and 17).
- Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc. and Actavis Pharma, Inc.'s[1] Motion to Dismiss (D.I. 31; D.I. 60; D.I. 27; D.I. 42; D.I. 23) (the "Teva Motion")
    - The Teva Motion (D.I. 31; D.I. 60; D.I. 27; D.I. 42; D.I. 23) and opening brief in support thereof (D.I. 33; D.I. 61; D.I. 28, D.I. 43; D.I. 24), filed October 15, 2019.
    - Direct Purchaser and End-Payor Plaintiffs' joint brief in opposition to the Teva Motion, filed December 6, 2019 (D.I. 74, D.I. 81; D.I. 47; D.I. 53; D.I. 33).

---

[1] Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc. and Actavis Pharma, Inc., collectively, are referred to as "Teva."

- - o Teva's reply brief in support of the Teva Motion, filed January 10, 2020 (D.I. 98; D.I. 94; D.I. 60; D.I. 72; D.I. 51)
  - Amgen Inc.'s[2] Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint (D.I. 27; D.I. 57; D.I. 24) (the "Amgen DPP Motion").
    - o The Amgen DPP Motion (D.I. 27; D.I. 57; D.I. 24) and opening brief in support thereof (D.I. 28; D.I. 58; D.I. 26), filed October 15, 2019.
    - o Direct Purchaser and End-Payor Plaintiffs' joint brief in opposition to the Amgen DPP Motion, filed December 6, 2019 (D.I. 72; D.I. 80; D.I. 46; D.I. 52; D.I. 32).
    - o Defendant Amgen's reply brief in support of the Amgen DPP Motion, filed January 10, 2020 (D.I. 99; D.I. 95; D.I. 61).
  - Amgen Inc.'s Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint (D.I. 30; D.I. 39; D.I. 21) (the "Amgen EPP Motion").
    - o The Amgen EPP Motion (D.I. 30; D.I. 39; D.I. 21) and opening brief in support thereof (D.I. 32; D.I. 40; D.I. 22).
    - o End-Payor Plaintiffs' brief in opposition to the Amgen EPP Motion, filed December 6, 2019 (D.I. 76; D.I. 52; D.I. 32)
    - o Defendant Amgen's reply brief in support of the Amgen EPP Motion, filed January 10, 2020 (D.I. 101; D.I. 72, D.I. 52).
  - Purchaser Plaintiffs' Notice of Supplemental Authority, filed December 30, 2019 (D.I. 94; D.I. 92; D.I. 58; D.I. 69; D.I. 49)
  - Purchaser Plaintiffs' Notice of Supplemental Authority, filed April 28, 2020 (D.I. 142; D.I. 116; D.I. 82; D.I. 86; D.I. 66)
  - Official Transcript of Telephonic Motion to Dismiss Hearing held on April 28, 2020, filed by Court Reporter Brian Gaffigan on May 6, 2020 (D.I. 144; D.I. 117; D.I. 83; D.I. 87; D.I. 67)
  - Defendant Amgen's Notice of Supplemental Authority, filed June 15, 2020 (D.I. 148; D.I. 118; D.I. 84; D.I. 88; D.I. 68)
  - Letter to the Honorable Jennifer L. Hall from Brian P. Egan regarding EPP Issues, filed July 14, 2020 (D.I. 151; Indirect Purchaser Actions D.I. 90; D.I. 70)
  - Letter to the Honorable Jennifer L. Hall from Ian Connor Bifferato, filed July 14, 2020 (D.I. 152)
  - Report and Recommendation issued by Magistrate Judge Hall on July 22, 2020 (D.I. 157, D.I. 120; D.I. 86; D.I. 91; D.I. 71)
  - Purchaser Plaintiffs' Objection to the Report and Recommendation, filed August 5, 2020 (D.I. 167; D.I. 125; D.I. 91; D.I. 96; D.I. 76).

---

[2] Defendant Amgen Inc. is referred to as "Amgen."

Counsel for Plaintiffs is available should the Court have any questions.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| _/s/ **Ian Connor Bifferato**_ | _/s/ **Tiffany J. Cramer**_ |
| Ian Connor Bifferato (#3273) | Tiffany J. Cramer (#4998) |
| THE BIFFERATO FIRM, P.A. | CHIMICLES SCHWARTZ KRINER |
| 1007 N. Orange Street, 4th Floor | & DONALDSON-SMITH LLP |
| Wilmington, DE 19801 | 2711 Centerville Road Suite 201 |
| (302) 429-0907 | Wilmington, DE 19808 |
| cbifferato@tbf.legal | (302) 656-2500 |
| | tjc@chimicles.com |

cc: Counsel for Amgen (via email)
      Counsel for Teva (via email)