IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL No. 19-2895 (LPS) |
| THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS | C.A. No. 19-369 (LPS) C.A. No. 19-1461 (LPS) |

**AMGEN INC'S MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS'
SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendant Amgen Inc. ("Amgen") moves to dismiss the Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint (D.I. 202, MDL No. 19-2895 (LPS)). The grounds for this motion are set forth in Amgen's Brief in Support of Its Motion to Dismiss Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant Amgen, Inc.*

OF COUNSEL

Eric J. Stock
Nathan Strauss
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 571-2900

March 30, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL No. 19-2895 (LPS) |
| THIS DOCUMENT RELATES TO:<br><br>ALL INDIRECT PURCHASER ACTIONS | C.A. No. 19-369 (LPS)<br>C.A. No. 19-1461 (LPS) |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2021, the Court having considered Amgen, Inc.'s Motion to Dismiss Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint ("Motion"), briefs and arguments of counsel and all other matters presented, the Court concludes that Amgen's Motion should be GRANTED.

IT IS HEREBY ORDERED that the Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint is DISMISSED WITH PREJUDICE.

_____
Hon. Leonard P. Stark
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 30, 2021, upon the following in the manner indicated:

Robert J. Kriner, Jr., Esquire                                   *VIA ELECTRONIC MAIL*
Scott M. Tucker, Esquire
Tiffany J. Cramer, Esquire
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE  19808
*Attorneys for Plaintiffs César Castillo, LLC,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Stephanie E. Smith, Esquire                                   *VIA ELECTRONIC MAIL*
Debra Josephson, Esquire
Michael L. Roberts, Esquire
Sarah E. DeLoach, Esquire
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR  72223
*Attorneys for Plaintiffs César Castillo, LLC,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Benjamin F. Johns, Esquire                                   *VIA ELECTRONIC MAIL*
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA  19041
*Attorneys for Plaintiffs César Castillo, LLC,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Linda P. Nussbaum, Esquire                                    *VIA ELECTRONIC MAIL*
Bart D. Cohen, Esquire
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY  10036
*Attorneys for Plaintiffs César Castillo, LLC,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Thomas M. Sobol, Esquire                                      *VIA ELECTRONIC MAIL*
Bradley J. Vettraino, Esquire
Jessica R. MacAuley, Esquire
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
*Attorneys for Plaintiffs César Castillo, LLC,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Sharon K. Robertson, Esquire                                 *VIA ELECTRONIC MAIL*
Donna M. Evans, Esquire
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY  10005
*Attorneys for Plaintiffs César Castillo, LLC,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

John Radice, Esquire                                          *VIA ELECTRONIC MAIL*
Daniel Rubenstein, Esquire
Kenneth Pickle, Esquire
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ  08540
*Attorneys for Plaintiffs César Castillo, LLC,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

2

Michael M. Buchman, Esquire                    *VIA ELECTRONIC MAIL*
Michelle C. Clerkin, Esquire
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY  10017
*Attorneys for Plaintiffs César Castillo, LLC,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Jayne A. Goldstein, Esquire                    *VIA ELECTRONIC MAIL*
MILLER SHAH LLP
1625 North Commerce Parkway, Suite 320
Ft. Lauderdale, FL  33326
*Attorneys for Plaintiffs César Castillo, LLC,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Daniel N. Gallucci, Esquire                    *VIA ELECTRONIC MAIL*
Michael S. Tarringer, Esquire
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA  19107
*Attorneys for Plaintiffs César Castillo, LLC,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Ned Weinberger, Esquire                         *VIA ELECTRONIC MAIL*
LABATON SUCHAROW LLP
300 Delaware Avenue, Suite 1340
Wilmington, DE  19801
*Attorneys for Plaintiffs UFCW Local 1500 Welfare*
*Fund, Teamsters Local 237 Welfare Fund and*
*Teamsters Local 237 Retirees' Benefit Fund*

Ian Connor Bifferato, Esquire                   *VIA ELECTRONIC MAIL*
THE BIFFERATO FIRM, P.A.
1007 North Orange Street, 4th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs UFCW Local 1500 Welfare*
*Fund, Teamsters Local 237 Welfare Fund and*
*Teamsters Local 237 Retirees' Benefit Fund*

Gregory S. Asciolla, Esquire
Jay L. Himes, Esquire
Karin E. Garvey, Esquire
Robin A. van der Meulen, Esquire
Matthew J. Perez, Esquire
Domenico Minerva, Esquire
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
*Attorneys for Plaintiffs UFCW Local 1500 Welfare
Fund, Teamsters Local 237 Welfare Fund and
Teamsters Local 237 Retirees' Benefit Fund*

*VIA ELECTRONIC MAIL*

Scott A. Martin, Esquire
Irving Scher, Esquire
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY  10004
*Attorneys for Plaintiffs UFCW Local 1500 Welfare
Fund, Teamsters Local 237 Welfare Fund and
Teamsters Local 237 Retirees' Benefit Fund*

*VIA ELECTRONIC MAIL*

Brent Landau, Esquire
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA  19106
*Attorneys for Plaintiffs UFCW Local 1500 Welfare
Fund, Teamsters Local 237 Welfare Fund and
Teamsters Local 237 Retirees' Benefit Fund*

*VIA ELECTRONIC MAIL*

Melinda R. Coolidge, Esquire
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC  20006
*Attorneys for Plaintiffs UFCW Local 1500 Welfare
Fund, Teamsters Local 237 Welfare Fund and
Teamsters Local 237 Retirees' Benefit Fund*

*VIA ELECTRONIC MAIL*

Roberta D. Liebenberg, Esquire            *VIA ELECTRONIC MAIL*
Jeffrey S. Istvan, Esquire
Paul Costa, Esquire
Adam J. Pessin, Esquire
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA  19107
*Attorneys for Plaintiffs UFCW Local 1500 Welfare*
*Fund, Teamsters Local 237 Welfare Fund and*
*Teamsters Local 237 Retirees' Benefit Fund*

Brian P. Murray, Esquire            *VIA ELECTRONIC MAIL*
Lee Albert, Esquire
Gregory B. Linkh, Esquire
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY  10169
*Attorneys for Plaintiffs UFCW Local 1500 Welfare*
*Fund, Teamsters Local 237 Welfare Fund and*
*Teamsters Local 237 Retirees' Benefit Fund*

Joseph J. DePalma, Esquire            *VIA ELECTRONIC MAIL*
LITE, DEPALMA, GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ  07102-5003
*Attorneys for Plaintiffs Teamsters Local 237 Welfare*
*Fund and Teamsters Local 237 Retirees' Benefit*
*Fund*

Karen E. Keller, Esquire            *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendants Teva Pharmaceuticals USA,*
*Inc., Watson Laboratories, Inc., and Actavis Pharma*
*Inc.*

Henninger S. Bullock, Esquire                          *VIA ELECTRONIC MAIL*
Niketa K. Patel, Esquire
Nicolas E. Rodriguez, Esquire
Miranda R. Onnen, Esquire
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
*Attorneys for Defendants Teva Pharmaceuticals USA,*
*Inc., Watson Laboratories, Inc., and Actavis Pharma*
*Inc.*

/s/ *Brian P. Egan*

_____
Brian P. Egan (#6227)