IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL No. 19-2895 (CFC) |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | C.A. No. 19-369 (CFC)<br>C.A. No. 19-1460 (CFC) |
| ALL INDIRECT PURCHASER ACTIONS | C.A. No. 19-396 (CFC)<br>C.A. No. 19-1461 (CFC) |

**DEFENDANTS TEVA PHARMACEUTICALS USA, INC., WATSON LABORATORIES, INC., ACTAVIS PHARMA, INC., AND AMGEN INC.'S MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL**

Pursuant to 28 U.S.C. § 1292(b), and the stipulation between the parties (D.I. 256 in 19-MD-2895, so ordered at D.I. 257), Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis Pharma, Inc., and Amgen, Inc. (collectively, "Defendants") hereby move to certify the following question arising out of the Court's March 11, 2022 Order (D.I. 251) for interlocutory appeal to the United States Court of Appeals for the Third Circuit:

> Can settlement of a patent infringement claim that involves the forgiveness of damages associated with that very patent's alleged infringement, on its own or combined with an acceleration clause, constitute a reverse payment under *F.T.C. v. Actavis*, 570 U.S. 136 (2013) in

1

> the absence of some other consideration transferred from the patentee to the alleged infringer?

The grounds for this motion are more fully set forth in Defendants' opening brief, filed contemporaneously herewith.

Pursuant to D. Del. LR 7.1.1, counsel for Teva hereby certifies that the subject of the foregoing motion has been discussed with counsel for Plaintiffs and that the parties were unable to reach an agreement.

| | |
|---|---|
| */s/ Brian P. Egan* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Brian P. Egan (No. 6227) | Karen E. Keller (No. 4489) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@@morrisnichols.com | jshaw@shawkeller.com |
| began@@morrisnichols.com | kkeller@shawkeller.com |
| *Counsel for Defendant Amgen, Inc.* | nhoeschen@shawkeller.com |
| | *Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.* |

2

| | |
|---|---|
| OF COUNSEL<br>Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000<br>estock@gibsondunn.com<br><br>Ashley E. Johnson<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>(214) 571-2900<br>ajohnson@gibsondunn.com | OF COUNSEL:<br>Henninger S. Bullock<br>Richard A. Spehr<br>Niketa K. Patel<br>Nicolas E. Rodriguez<br>Miranda R. Onnen<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>(212) 506-2500 |

Dated: May 11, 2022