IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL No. 19-2895 (CFC) |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | C.A. No. 19-369 (CFC)<br>C.A. No. 19-1460 (CFC) |
| ALL INDIRECT PURCHASER ACTIONS | C.A. No. 19-396 (CFC)<br>C.A. No. 19-1461 (CFC) |

**PROPOSED ORDER GRANTING DEFENDANTS TEVA PHARMACEUTICALS USA, INC., WATSON LABORATORIES, INC., ACTAVIS PHARMA, INC., AND AMGEN INC.'S MOTION FOR <u>CERTIFICATION FOR INTERLOCUTORY APPEAL</u>**

At Wilmington this ____ day of _____, 2022, having considered Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis Pharma, Inc., and Amgen Inc.'s Motion for Certification for Interlocutory Appeal, and all papers and argument submitted therewith;

It is HEREBY ORDERED that the Motion is GRANTED as follows:

1. The following question arising out of the Order dated March 11, 2022 (D.I. 251 in 19-MD-2895) is certified for appeal to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1292(b):

Can settlement of a patent infringement claim that involves the forgiveness of damages associated with that very patent's alleged infringement, on its own or combined with an acceleration clause, constitute a reverse payment under *F.T.C. v. Actavis*, 570 U.S. 136 (2013) in the absence of some other consideration transferred from the patentee to the alleged infringer?

Dated: _____

_____
Chief United States District Judge