# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-02895-LPS |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | C.A. No. 19-396-LPS<br><br>C.A. No. 19-1460-LPS |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Tiffany J. Cramer of Chimicles Schwartz Kriner & Donaldson-Smith LLP hereby withdraws her appearance as liaison counsel for Plaintiffs César Castillo, LLC, and KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class. Ms. Cramer will no longer be associated with Chimicles Schwartz Kriner & Donaldson-Smith LLP, effective August 12, 2022. César Castillo, LLC, KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class will continue to be represented by the remaining counsel of record.

Dated: August 11, 2022

CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP

By: */s/ Tiffany J. Cramer*
Robert J. Kriner, Jr. (DE ID No. 2546)
Scott M. Tucker (DE ID No. 4925)
Tiffany J. Cramer (DE ID No. 4998)
2711 Centerville Road, Suite 201
Wilmington, DE 19808
302-656-2500
rjk@chimicles.com
smt@chimicles.com
tjc@chimicles.com

*Liaison Counsel for Plaintiffs César Castillo, LLC, and KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class*