IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL No. 19-2895 (CFC) |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS<br><br>ALL INDIRECT PURCHASE ACTIONS | C.A. No. 19-396 (CFC)<br>C.A. No. 19-1460 (CFC)<br><br>C.A. No. 19-369 (CFC)<br>C.A. No. 19-1461 (CFC) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINTS**

Direct Purchaser Plaintiffs Cesar Castillo, LLC and KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. (collectively, "Direct Purchasers"); End Payor Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Teamsters Western Region and Local 177 Health Care Plan (collectively, "End Payors"); and Defendants Amgen Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc. (collectively, "Defendants") hereby stipulate and agree as follows:

**WHEREAS,** the Court issued an order on April 4, 2022 (D.I. 257) setting a briefing schedule for the parties' contemplated motions for certification of an interlocutory appeal and extending Defendants' time to answer or otherwise respond to the operative complaints to the later of 30 days

after a decision on such motions or 30 days after the resolution of any interlocutory appeal certified by such decision;

**WHEREAS,** pursuant to that ordered briefing schedule, the parties each filed motions (D.I. 259, 264) on May 11, 2022 to certify Judge Stark's March 11, 2022 Order (D.I. 251) for interlocutory appeal to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1292(b);

**WHEREAS,** the Court issued orders on February 16, 2023 (D.I. 286, 287) denying the parties' respective motions for certification of an interlocutory appeal of Judge Stark's March 11, 2022 Order (D.I. 251);

**WHEREAS,** Defendants filed a motion on March 2, 2023 (D.I. 288) requesting that the Court grant reargument of the Court's February 16, 2023 order (D.I. 286) denying Defendants' motion for certification for interlocutory appeal (D.I. 264), or refer the motion for certification to Judge Stark for decision;

**WHEREAS,** under the operative stipulation and order (D.I. 257), Defendants' deadline to answer or otherwise respond to the operative complaints is currently March 20, 2023;

**WHEREAS,** the parties have conferred and agree that an extension of the Defendants' time to answer or otherwise respond to the operative complaints

2

in the direct purchaser action and end payor action will conserve resources and promote the efficient resolution of the parties' disputes.

**IT IS HEREBY STIPULATED AND AGREED,** subject to the Court's approval, that Defendants' time to answer or otherwise respond to the operative complaints in the direct purchaser action and end payor action shall be extended to 30 days after the Court issues a decision on Defendants' motion for reargument, or, if reargument is granted, 30 days after the later of any denial of the motion for interlocutory appeal, or the resolution of any interlocutory appeal that is certified.

STIPULATED and AGREED to this 15th day of March, 2023

THE BIFFERATO FIRM, P.A.

*/s/ Ian Connor Bifferato*

---

Ian Connor Bifferato (#3273)
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
(302) 225-7600
cbifferato@tbf.legal

OF COUNSEL:

Gregory S. Asciolla
Karin E. Garvey
Matthew J. Perez
DICELLO LEVITT LLC
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000

*Interim Lead Counsel for the Indirect Purchaser Class*

3

Brian P. Murray
Lee Albert
Gregory B. Linkh
GLANCY PRONGAY &
  MURRAY LLP
230 Park Avenue, Suite 530
New York, NY  10169
(212) 682-5340

Scott A. Martin
Irving Scher
HAUSEFELD LLP
33 Whitehall Street, 14th Floor
New York, NY  10004
(646) 357-1100

Brent Landau
HAUSEFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA  19106
(215) 985-3270

Melinda R. Coolidge
HAUSEFELD LLP
1700 K Street, NW, Suite 650
Washington, DC  20006
(202) 540-7200

Roberta D. Liebenberg
Jeffrey S. Istvan
Paul Costa
Adam J. Pessin
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565

*Counsel for UFCW Local 1500
Welfare Fund, Teamsters Local 237
Welfare Fund, and Teamsters Local
237 Retirees' Benefit Fund*

5

OF COUNSEL:

Linda P. Nussbaum
Bart D. Cohen
Peter Moran
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas
40th Floor
New York, NY 10036
(917) 438-9189

Thomas M. Sobol
Kristen A. Johnson
Hannah Schwarzschild
HAGENS BERMAN SOBOL
  SHARPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class and Counsel for Plaintiff César Castillo, LLC*

Michael M. Buchman
Michelle C. Clerkin
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050

*Additional Counsel for Plaintiff César Castillo, LLC*

CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP

*/s/ Scott M. Tucker*
_____
Robert J. Kriner, Jr. (#2546)
Scott M. Tucker (#4925)
2711 Centerville Road, Suite 201
Wilmington, DE 19808
(302) 656-2500
rjk@chimicles.com
smt@chimicles.com

*Liaison Counsel for the Proposed Direct Purchaser Class*

6

Dianne M. Nast
Michael Tarringer
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
(215) 923-9300

Mike Roberts
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR 72223
(501) 821-5575

*Counsel for Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

OF COUNSEL

Eric J. Stock
Nathan Strauss
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 571-2900

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*
_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant Amgen, Inc.*

7

OF COUNSEL:

Henninger S. Bullock
Niketa K. Patel
Nicolas E. Rodriguez
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500

SHAW KELLER LLP

/s/ Nathan R. Hoeschen

Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.*

SO ORDERED this 16TH day of March, 2023:

_____
The Honorable Colm F. Connolly
Chief, United States District Court

8