IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation _____ | Master Docket No. 19-md-2895-CFC |
| This Document Relates to: | |
| All Direct Purchaser Actions | Civil Action No. 19-396-CFC<br>Civil Action No. 19-1460-CFC |
| All Indirect Purchaser Actions | Civil Action No. 19-369-CFC<br>Civil Action No. 19-1461-CFC |

## <u>ORDER</u>

At Wilmington on this Sixth day of April in 2023, for the reasons set forth in the Memorandum issued this day, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Reargument (D.I. 289) is **DENIED**; and

2. The February 2023 Memorandum Order (D.I. 286) is **CERTIFIED** for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) on the following question: Does § 1292(b) authorize a district court judge to certify for interlocutory appeal an order issued in the same case by a predecessor district court judge?

_____
CHIEF JUDGE