IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION** | MDL No. 19-2895-CFC |
| THIS DOCUMENT RELATES TO: | C.A. No. 19-396-CFC C.A. No. 19-1460-CFC |
| ALL DIRECT PURCHASER ACTIONS | C.A. No. 19-369-CFC C.A. No. 19-1461-CFC |
| ALL INDIRECT PURCHASER ACTIONS | |

### DEFENDANTS TEVA PHARMACEUTICALS USA, INC., WATSON LABORATORIES, INC., ACTAVIS PHARMA, INC., AND AMGEN INC.'S <u>NOTICE OF INTERLOCUTORY APPEAL</u>

WHEREAS, this Court entered a Memorandum Order on February 16, 2023 (D.I. 286 in C.A. No. 19-md-2895, "the February Order");

WHEREAS, this Court entered a Memorandum Opinion and Order on April 6, 2023 certifying the February Order for interlocutory appeal (D.I. 292 in C.A. No. 19-md-2895.)

WHEREAS, defendants Amgen Inc., Actavis Pharma Inc, Teva Pharmaceuticals, USA, Inc., and Watson Laboratories, Inc. ("the Amgen Petitioners") filed a petition to appeal the February Order to the United States Court of Appeals for the Third Circuit on April 17, 2023;

WHEREAS, On June 26, 2023, the Third Circuit granted the petition and directed the Amgen Petitioners to pay the $505 filing fee to this Court (*In re:*

*Sensipar Cinacalcet Hydrochloride Tablets*, 23-8020, D.I. 11 (3d Cir. June 26, 2023) (Order);

      NOW, THEREFORE, NOTICE IS HEREBY GIVEN that defendants Amgen Inc., Actavis Pharma Inc, Teva Pharmaceuticals, USA, Inc., and Watson Laboratories, Inc. hereby appeal Court's Memorandum Order of February 16, 2023 to the United States Court of Appeals for the Third Circuit. Payment of the required fees are provided with this notice.

| | |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (No. 3362) |
| Brian P. Egan (#6227) | Karen E. Keller (No. 4489) |
| MORRIS, NICHOLS, ARSHT | Nathan R. Hoeschen (No. 6232) |
|  & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| Telephone: (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | jshaw@shawkeller.com |
| began@morrisnichols.com | kkeller@shawkeller.com |
| | nhoeschen@shawkeller.com |

| | |
|---|---|
| OF COUNSEL<br>Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br><br>Ashley E. Johnson<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 571-2900<br>ajohnson@gibsondunn.com<br><br>*Counsel for Defendant Amgen, Inc.* | OF COUNSEL:<br>Henninger S. Bullock<br>Richard A. Spehr<br>Niketa K. Patel<br>Nicolas E. Rodriguez<br>Miranda R. Onnen<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>(212) 506-2500<br><br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma, Inc.* |

Dated: July 3, 2023July 3, 2023