UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-081

No. 23-8020 & 23-8023

In re:  SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST
LITIGATION

AMGEN, INC.; TEVA PHARMACEUTICALS USA, INC.;
WATSON LABORATORIES, INC.; ACTAVIS PHARMA, INC.,
Petitioners in 23-8020

CESAR CASTILLO, LLC;
KPH HEALTHCARE SERVICES, INC., a/k/a Kinney Drugs Inc;
UFCW LOCAL 1500 WELFARE FUND;
TEAMSTERS LOCAL 237 RETIREES BENEFIT FUND;
TEAMSTERS LOCAL 237 WELFARE FUND;
TEAMSTERS WESTERN REGION & LOCAL 177 HEALTH CARE PLAN,
Petitioners in 23-8023

(D. Del. No. 1-19-md-02895, 1-19-cv-00369, 1-19-cv-01460, 1-19-cv-01461)

Present:  JORDAN, MONTGOMERY-REEVES and SMITH, Circuit Judges

1.  Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) filed by
    Petitioners Actavis Pharma Inc, Amgen Inc, Teva Pharmaceuticals USA Inc
    and Watson Laboratories Inc..

2.  Response filed by Respondents Cesar Castillo LLC and KPH Healthcare
    Services Inc. to Petition for Permission to Appeal.

3.  Response filed by Petitioners Teva Pharmaceuticals USA Inc, Watson
    Laboratories Inc and Actavis Pharma Inc Petition for Permission to Appeal.

4.  Cross-Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) filed
    by Petitioners Cesar Castillo LLC, KPH Healthcare Services Inc, Teamsters
    Local 237 Retirees Benefit Fund, Teamsters Local 237 Welfare Fund,
    Teamsters Western Region & Local 177 Health Care Plan and UFCW Local
    1500 Welfare Fund.

5.  Reply filed by Respondents Cesar Castillo LLC and KPH Healthcare Services Inc. in Support of Cross Petition for Permission to Appeal.


Respectfully,

Clerk/JK


_____ORDER_____

The petition for permission to appeal filed by Amgen Inc., Actavis Pharma Inc, Teva Pharmaceuticals, USA, Inc., and Watson Laboratories, Inc. is GRANTED as to the following questions:

(1) Whether 1292(b) authorizes a district court judge to certify for interlocutory appeal an order issued in the same case by a predecessor district court judge; and

(2) Whether the settlement of a patent infringement claim that involves the forgiveness of damages associated with that very patent's alleged infringement, on its own or combined with an acceleration clause, constitutes a reverse payment under F.T.C. v. Actavis, 570 U.S. 136 (2013), in the absence of some other consideration transferred from the patentee to the alleged infringer.

The cross-petition for permission to appeal filed by Cesar Castillo LLC, KPH Healthcare Services Inc, Teamsters Local 237 Retirees Benefit Fund, Teamsters Local 237 Welfare Fund, Teamsters Western Region & Local 177 Health Care Plan and UFCW Local 1500 Welfare Fund is DENIED.

The Amgen Petitioners are directed to pay the $505 filing fee in the District Court within 14 days of the date of this order.  Once Petitioners have paid the fee, the Clerk's Office will open the appeal on the general docket and the case will proceed to briefing.


By the Court,

s/  Kent A. Jordan
Circuit Judge


Dated:  June 26, 2023
JK/cc: All Counsel of Record

**A True Copy:**

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk