# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2213**

In re: Sensipar Cinacalcet Hydrochloride Tablets

(District Court/Agency No.: 1-19-md-02895)

**O R D E R**

It appearing that the Order entered 01/10/2024 dismissing this appeal pursuant to FRAP 42(b) was issued in error,

it is O R D E R E D that the Order entered 01/10/2024 is hereby vacated and the case is reinstated.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  January 10, 2024
JK/cc:  Ian C. Bifferato, Esq.
       Henninger Bullock, Esq.
       Brian T. Burgess, Esq.
       Ashley E. Johnson, Esq.
       Karen E. Keller, Esq.
       Scott M. Tucker, Esq.