# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-02895-CFC |
| THIS DOCUMENT RELATES TO:<br><br>DIRECT PURCHASER ACTIONS | C.A. No. 19-396-CFC<br>C.A. No. 19-1460-CFC |

## RULE 41(a) STIPULATION OF DISMISSAL OF COUNTS 3 AND 4 AGAINST AMGEN AND TO ENTER FINAL JUDGMENT ON DIRECT PURCHASER CLAIMS

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs César Castillo, LLC and KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. (collectively, the "Direct Purchaser Plaintiffs") and Defendant Amgen Inc. stipulate to the dismissal of Counts 3 and 4 of the Second Amended Consolidated Direct Purchaser Class Action Complaint against Amgen in the above-captioned litigation with prejudice.

Once Counts 3 and 4 have been dismissed from the governing complaint, this Court will have dismissed all counts in the operative complaint. Accordingly, the parties request that the Court then enter final judgment in Amgen's favor. Plaintiffs preserve all appellate rights with respect to, and only with respect to, the claims dismissed by the Court's Order, dated March 11, 2022, granting in part and denying

in part motions to dismiss the Direct Purchaser Plaintiffs' claims (the "March 2022 Order"). The intent of the parties is to finally dismiss from this litigation all claims upheld by the March 2022 Order.

The parties have attached a proposed Order granting this relief.

Dated: April 12, 2024

| | |
|---|---|
| */s/ Scott M. Tucker* | */s/ Brian P. Egan* |
| Scott M. Tucker | Jack B. Blumenfeld |
| **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** | Brian P. Egan |
| 2711 Centerville Road Suite 201 | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| Wilmington, DE 19808 | 1201 North Market Street |
| Tel: (302) 656-2500 | P.O. Box 1347 |
| ScottTucker@chimicles.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| OF COUNSEL: | Ashley E. Johnson |
| | Emily Jorgens |
| Linda P. Nussbaum | **GIBSON, DUNN & CRUTCHER LLP** |
| Peter Moran | 2001 Ross Avenue |
| **NUSSBAUM LAW GROUP, P.C.** | Suite 2100 |
| 1133 Avenue of the Americas, 31st Fl. | Dallas, TX 75201 |
| New York, NY 10036 | (214) 698-3100 |
| Tel: (917) 438-9189 | |
| lnussbaum@nussbaumpc.com | Eric J. Stock |
| pmoran@nussbaumpc.com | Joshua J. Obear |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| Thomas M. Sobol | 200 Park Avenue |
| Hannah Schwarzschild | New York, NY 10166-0193 |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | (212) 351-4000 |
| 55 Cambridge Parkway, Suite 301 | estock@gibsondunn.com |
| Cambridge, MA 02142 | |
| Tel: (617) 482-3700 | |
| tom@hbsslaw.com | |

| | |
|---|---|
| hannahs@hbsslaw.com | *Attorneys for Defendant Amgen Inc.* |

*Counsel for Plaintiff César Castillo, LLC*

Mike Roberts
Sarah E. DeLoach
Stephanie E. Smith
**ROBERTS LAW FIRM, P.A.**
20 Rahling Cir.
Little Rock, AR 72223
Tel: (501) 821-5575
mikeroberts@robertslawfirm.us
debrajosephson@robertslawfirm.us
sarahdeloach@robertslawfirm.us
stephaniesmith@robertslawfirm.us

*Counsel for Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*